People v Melendez (2024 NY Slip Op 03713)

People v Melendez

2024 NY Slip Op 03713

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024

PRESENT: WHALEN, P.J., SMITH, LINDLEY, KEANE, AND HANNAH, JJ. (Filed July 3, 2024.) 

MOTION NO. (673/21) KA 19-01176.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
VICTOR VAZQUEZ MELENDEZ, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.